**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JOSEPH J. WALDRON, III, | : No. 166 MM 2014 |
| Petitioner | : |
| v. | : |
| JAY S. FRIEDENBERG, MAGISTERIAL DISTRICT JUDGE, | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

**AND NOW**, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.